# CITY OF PHILADELPHIA
### Earnings and Deductions

PPD 18TH DISTRICT
PPD 0500

24853
KLEPCZYNSK

KLEPCZYNSKI, STEVEN
6500 HASBROOK AVE
PHILADELPHIA PA 19111

PAY PERIOD ENDING 02-09-2020
DATE PAYABLE 02-14-2020

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| ASSUME TIME | 80 | 2,908.00 | FEDERAL TAX | 429.97 | 1,743.16 |
| STRESS PAY | 0 | 174.48 | SOCIAL SECURITY | 0.00 | 0.00 |
| LONGEVITY PAY | 0 | 160.29 | MEDICARE TAX | 47.47 | 191.18 |
| LEGAL AID | 0 | 31.00 | CITY TAX | 126.73 | 510.41 |
|  |  |  | STATE TAX | 100.50 | 404.77 |
|  |  |  | PAUC TAX | 1.96 | 7.91 |

| | AMOUNT | | |
|---|---|---|---|
| TOTAL GROSS EARNINGS | 3,273.77 | YTD GROSS PAY | 13,185.08 |
|  |  | YTD W-2 GROSS | 12,097.85 |

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
| FIT WITHHELD | 429.97 | PENSION PLAN | Plan B |
| PLAN B | 221.81 | YTD NON TAXED PENSION | |
| CITY WITHHELD | 126.73 | YTD TAXED PENSION | |
| SIT WITHHELD | 100.50 | LTD NON TAXED PENSION | |
| DEF COMP FLAT | 50.00 | LTD TAXED PENSION | |
| MEDICARE EE WITHHELD | 47.47 | | |
| UNION DUES | 31.25 | | |
| CANADA LIFE INS | 10.20 | | |
| POLICE BENE ASSOC | 3.40 | | |
| ADD LIFE INS | 2.40 | | |
| SUI WITHHELD | 1.96 | | |

| | | | |
|---|---|---|---|
| | | VACATION : | 178.2 |
| | | SICK : | 454.0 |
| | | REGULAR COMP : | 0.0 |
| | | HOLIDAY COMP : | 40.0 |
| NET PAY | 2,217.08 | SPECIAL COMP : | 0.0 |
| | | ANNUAL LEAVE : | 32.0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 24853 | 02 | 14 | 2020 |

DEPOSIT AMOUNT
2,217.08

KLEPCZYNSKI, STEVEN
6500 HASBROOK AVE
PHILADELPHIA PA 19111

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

PPD 18TH DISTRICT
PPD 0500

248538
KLEPCZYNSKI

KLEPCZYNSKI, STEVEN
6500 HASBROOK AVE
PHILADELPHIA PA 19111

PAY PERIOD ENDING: 01-12-2020
DATE PAYABLE: 01-17-2020

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| ASSUME TIME | 80 | 2,908.00 | FEDERAL TAX | 423.15 | 856.60 |
| STRESS PAY | 0 | 174.48 | SOCIAL SECURITY | 0.00 | 0.00 |
| LONGEVITY PAY | 0 | 160.29 | MEDICARE TAX | 47.02 | 94.49 |
|  |  |  | CITY TAX | 125.53 | 252.26 |
|  |  |  | STATE TAX | 99.55 | 200.05 |
|  |  |  | PAUC TAX | 1.95 | 3.91 |

YTD GROSS PAY: 6,516.54
TOTAL GROSS EARNINGS: 3,242.77
YTD W-2 GROSS: 5,972.92

| DEDUCTIONS | AMOUNT |  |  |
|---|---|---|---|
|  |  | PENSION |  |
|  |  | PENSION PLAN | Plan B |
| FIT WITHHELD | 423.15 | YTD NON TAXED PENSION |  |
| PLAN B | 221.81 | YTD TAXED PENSION |  |
| CITY WITHHELD | 125.53 | LTD NON TAXED PENSION |  |
| SIT WITHHELD | 99.55 | LTD TAXED PENSION |  |
| DEF COMP FLAT | 50.00 |  |  |
| MEDICARE EE WITHHELD | 47.02 |  |  |
| UNION DUES | 31.25 |  |  |
| POLICE BENE ASSOC | 3.40 |  |  |
| SUI WITHHELD | 1.95 |  |  |

| | |
|---|---|
| VACATION : | 163.5 |
| SICK : | 444.0 |
| REGULAR COMP: | 0.0 |
| HOLIDAY COMP: | 40.0 |
| SPECIAL COMP: | 0.0 |
| ANNUAL LEAVE: | 32.0 |

NET PAY: 2,239.11

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

**CITY OF PHILADELPHIA**

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
|  | MO | DAY | YEAR |
| 248538 | 01 | 17 | 2020 |

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

DEPOSIT AMOUNT: 2,239.11

KLEPCZYNSKI, STEVEN
6500 HASBROOK AVE
PHILADELPHIA PA 19111

**NON-NEGOTIABLE**

**CITY OF PHILADELPHIA**
Earnings and Deductions

PPD 18TH DISTRICT
PPD 0500

248538
KLEPCZYNSKI

KLEPCZYNSKI, STEVEN
6500 HASBROOK AVE
PHILADELPHIA PA 19111

PAY PERIOD ENDING  12-29-2019
DATE PAYABLE      01-03-2020

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| ASSUME TIME | 80 | 2,908.00 | FEDERAL TAX | 433.45 | 433.45 |
| STRESS PAY | 0 | 174.48 | SOCIAL SECURITY | 0.00 | 0.00 |
| LONGEVITY PAY | 0 | 160.29 | MEDICARE TAX | 47.47 | 47.47 |
| LEGAL AID | 0 | 31.00 | CITY TAX | 126.73 | 126.73 |
| | | | STATE TAX | 100.50 | 100.50 |
| | | | PAUC TAX | 1.96 | 1.96 |

| | | | |
|---|---|---|---|
| | | YTD GROSS PAY | 3,273.77 |
| TOTAL GROSS EARNINGS | 3,273.77 | YTD W-2 GROSS | 3,001.96 |

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
| | | PENSION PLAN | Plan B |
| FIT WITHHELD | 433.45 | YTD NON TAXED PENSION | |
| PLAN B | 221.81 | YTD TAXED PENSION | |
| CITY WITHHELD | 126.73 | LTD NON TAXED PENSION | |
| SIT WITHHELD | 100.50 | LTD TAXED PENSION | |
| DEF COMP FLAT | 50.00 | | |
| MEDICARE EE WITHHELD | 47.47 | | |
| UNION DUES | 31.25 | | |
| CANADA LIFE INS | 10.20 | | |
| POLICE BENE ASSOC | 3.40 | | |
| ADD LIFE INS | 2.40 | | |
| SUI WITHHELD | 1.96 | | |

| | | | |
|---|---|---|---|
| | | VACATION : | 163.5 |
| | | SICK : | 444.0 |
| | | REGULAR COMP: | 0.0 |
| | | HOLIDAY COMP: | 0.0 |
| | | SPECIAL COMP: | 0.0 |
| NET PAY | 2,213.60 | ANNUAL LEAVE: | 32.0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

**CITY OF PHILADELPHIA**

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 248538 | 01 | 03 | 2020 |

DEPOSIT AMOUNT
2,213.60

KLEPCZYNSKI, STEVEN
6500 HASBROOK AVE
PHILADELPHIA PA 19111

**NON-NEGOTIABLE**