

Cavalry Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595-1340
Phone: 800-501-0909 x53450
Fax: 914-206-3954

September 10, 2020

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**WITHDRAWAL OF PROOF OF CLAIM**

Re: Steven Klepczynski
Case Number: 20-11351

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry SPV I, LLC to withdraw claim #1, claim amount $25,068.58 date filed March 4, 2020.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Karen Borgatti
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


William C Miller, Chapter 13 Trustee

Paul H. Young, Attorney for Debtor