**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  STEVEN KLEPCZYNSKI**          :          **CHAPTER 13**
                                                            :          **BANKRUPTCY NO. 20-11351**
                                                            :

**ORDER**

And now this  7th     day of   October         , 2020, upon consideration of the

Movants' Objection to the Proof of Claim filed by Ca Pinnacle Credit Services, LLC; Proof of

Claim No. 7, and after a hearing, it is hereby:

**ORDERED** that the Objection is **SUSTAINED** and the Proof of Claim filed by

Pinnacle Credit Services, LLC, Proof of Claim No. 7, is hereby **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**