IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 20-11351-elf |
| STEVEN KLEPCZYNSKI, | Chapter 13 |
| Debtor, | Related to Doc. No. 29 |
| REAL TIME RESOLUTIONS, INC., | |
| Movants, | |
| v. | |
| STEVEN KLEPCZYNSKI and WILLIAM C. MILLER, Trustee, | |
| Respondents. | |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED JUNE 8, 2020

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of Chapter 13 Plan* (the "Objection"), filed on June 8, 2020, at Document No. 29. The Debtor's Second Amended Chapter 13 Plan file on November 9, 2020, at Document No. 62 resolves the Objection.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200 – Gulf Tower
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

Dated: November 10, 2020

*Counsel for Real Time Resolutions, Inc. Agent for Bank of America, N.A.*